1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10   RONALD RYLAND,                    )   CASE NO. ED CV 11-128-JFW (PJW)
                                       )
11                  Petitioner,        )   ORDER ACCEPTING REPORT AND
                                       )   ADOPTING FINDINGS, CONCLUSIONS,
12         v.                          )   AND RECOMMENDATIONS OF UNITED
                                       )   STATES MAGISTRATE JUDGE, AND
13   TIM BUSBY,                        )   DENYING CERTIFICATE OF
                                       )   APPEALABILITY
14                  Respondent.        )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21        Further, for the reasons stated in the Report and Recommendation,

22   the Court finds that Petitioner has not made a substantial showing of

23   the denial of a constitutional right and, therefore, a certificate of

24

25

26

27

28

appealability is denied.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).


    DATED:   <u>April 30, 2015</u>.



_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2